# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

HOWARD YOUNG,

    Plaintiff,

v.

SANTA CLARA COUNTY, et al.,

    Defendants.

Case No. 5:24-cv-06343-BLF

**ORDER TO SHOW CAUSE**

On September 10, 2024, Plaintiff filed the complaint in this case. *See* ECF No. 1. On October 8, 2024, Plaintiff filed an amended complaint. ECF No. 6. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendants. As of the date of this Order, Plaintiff has failed to file proof of service for Defendants Santa Clara County District Attorney's Office and Judge Andrea Bryan. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than February 18, 2025, why his claims against the Santa Clara County District Attorney's Office and Judge Andrea Bryan should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 3, 2025

_____
BETH LABSON FREEMAN
United States District Judge