UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOWARD YOUNG,

    Plaintiff,

    v.

SANTA CLARA COUNTY, et al.,

    Defendants.

Case No. 5:24-cv-06343-BLF

**ORDER TO SHOW CAUSE**

This action was dismissed on February 19, 2025. Dkt. No. 26. After Plaintiff filed a motion for reconsideration on March 19, 2025, the Court permitted him 90 days to serve Defendants Santa Clara County District Attorney's Office and Superior Court Judge Andrea Bryan. Dkt. No. 28.

On June 17, 2025, the Court dismissed Plaintiff's claims against the Santa Clara County District Attorney's Office without leave to amend. Dkt. No. 46. Thus, the only remaining Defendant in this action is Superior Court Judge Andrea Bryan. The deadline for Plaintiff to serve Judge Bryan was June 20, 2025. *See* Dkt. No. 28; Fed. R. Civ. P. 6(a)(1)(C). On April 25, 2025, Plaintiff filed a Declaration of Reasonable Diligence regarding his attempts to serve Judge Bryan. Dkt. No. 32. However, Plaintiff has not filed a proof of service or substitute service on Judge Bryan. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than July 7, 2025, why his claims against Judge Andrea Bryan should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 23, 2025

_____
BETH LABSON FREEMAN
United States District Judge